**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re:  JOHN E. STARY | § | Case No. 09-72243 |
|   DEBRA A. STARY | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 05/29/2009.

2) The plan was confirmed on 08/31/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/02/2009, 07/09/2010, 09/02/2010, 02/03/2011.

5) The case was dismissed on 03/04/2011.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,560.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,620.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 4,620.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,900.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 265.47 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,165.47 |
| Attorney fees paid and disclosed by debtor: | $ 600.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,900.00 | 0.00 |
| AURORA LOAN SERVICES INC | Sec | 28,500.00 | 45,476.45 | 434.54 | 434.54 | 0.00 |
| BENEFICIAL ILLINOIS D/B/A | Sec | 1,500.00 | 1,291.33 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,386.17 | 3,386.17 | 3,386.17 | 21.47 | 0.00 |
| FASLO SOLUTIONS | Sec | 4,800.00 | 4,800.00 | 45.86 | 45.86 | 0.00 |
| A/R CONCEPTS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 3,339.00 | 3,339.00 | 3,339.00 | 21.17 | 0.00 |
| ADVANCED ORAL & | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS | Uns | 12.40 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Uns | 1,499.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 2,387.14 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL FINANCE | Uns | 11,596.42 | NA | NA | 0.00 | 0.00 |
| BLAZE MASTERCARD | Uns | 504.64 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Uns | 1,440.43 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Uns | 1,366.84 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 2,215.00 | 2,354.52 | 2,354.52 | 14.93 | 0.00 |
| CCB CREDIT SERVICES | Uns | 561.51 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CCB CREDIT SERVICES | Uns | 1,030.51 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Uns | 14,974.50 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES | Uns | 13,689.59 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL RETAIL SERVICES | Uns | 3,347.17 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SVC | Uns | 1,130.40 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 2,459.75 | 2,700.07 | 2,700.07 | 17.12 | 0.00 |
| DISCOVER BANK | Uns | 2,620.49 | 2,908.38 | 2,908.38 | 18.44 | 0.00 |
| DUNDEE ANIMAL HOSPITAL | Uns | 224.85 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 675.59 | 729.21 | 729.21 | 4.63 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 1,298.58 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Uns | 1,561.70 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 546.95 | 561.51 | 561.51 | 3.56 | 0.00 |
| ILLINOIS PAIN INSTITUTE | Uns | 11,342.80 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE LLC | Uns | 728.00 | NA | NA | 0.00 | 0.00 |
| MHRC INC | Uns | 845.00 | NA | NA | 0.00 | 0.00 |
| NAFS | Uns | 470.48 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,063.58 | 1,085.47 | 1,085.47 | 6.88 | 0.00 |
| ORTHOPAEDIC ARTHRITIS CLINIC | Uns | 3,339.00 | 3,339.00 | 0.00 | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 10,364.75 | NA | NA | 0.00 | 0.00 |
| PC CAMPBELL ESQ | Uns | 3,548.92 | NA | NA | 0.00 | 0.00 |
| RECOVERY MANAGEMENT | Uns | 873.93 | 873.93 | 873.93 | 5.54 | 0.00 |
| REGIONAL CARDIOLOGY | Uns | 37.10 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY PATHOLOGISTS LTD | Uns | 91.70 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 40.40 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 1,970.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 597.00 | 7,762.50 | 7,762.50 | 49.21 | 0.00 |
| ROCKFORD NEPHROLOGY | Uns | 35.00 | 60.00 | 60.00 | 0.38 | 0.00 |
| ROCKFORD NEUROSCIENCE | Uns | 46.80 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 3,856.00 | NA | NA | 0.00 | 0.00 |
| SAINT ANTHONY CENTER FOR | Uns | 115.58 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 114,452.00 | 117,062.32 | 117,062.32 | 742.19 | 0.00 |
| THE ROCKFORD SURGICAL | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Uns | 646.89 | NA | NA | 0.00 | 0.00 |
| WFFNB / BRYLANE HOME | Uns | 265.49 | NA | NA | 0.00 | 0.00 |
| WFFNB / WOMAN WITHIN | Uns | 609.68 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WFNNB / CHADWICKS | Uns | 287.27 | NA | NA | 0.00 | 0.00 |
| WFNNB / KING SIZE | Uns | 286.27 | NA | NA | 0.00 | 0.00 |
| WFNNB / METRO STYLE | Uns | 409.39 | NA | NA | 0.00 | 0.00 |
| WFNNB / ROAMANS | Uns | 337.61 | NA | NA | 0.00 | 0.00 |
| ATTORNEY TERRY HOSS & | Uns | 0.00 | 58.51 | 58.51 | 0.37 | 0.00 |
| HSBC AUTO FINANCE (f/k/a | Uns | 0.00 | 5,821.95 | 5,821.95 | 36.91 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 646.89 | 646.89 | 4.11 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 675.48 | 675.48 | 4.28 | 0.00 |
| APPLIED BANK | Uns | 0.00 | 3,619.86 | 3,619.86 | 22.94 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 480.40 | $ 480.40 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 480.40 | $ 480.40 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 153,645.77 | $ 974.13 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,165.47 |
| Disbursements to Creditors | $ 1,454.53 |
| **TOTAL DISBURSEMENTS:** | $ 4,620.00 |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/20/2011          By:  /s/ Lydia S. Meyer
                                             Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)